UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-15714-PDR |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., a Florida corporation, | Chapter 11 (Subchapter V) |
| Debtor. _____ / | |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., a Florida corporation, | Adv Proc. No. 22-01236-PDR |
| Plaintiff, | |
| v. | |
| CARL KENNEDY, individually, | |
| Defendant. _____ / | |

**CERTIFICATE OF COMPLIANCE WITH
FILING OF NOTICE OF REMOVAL PURSUANT TO
RULE 9027(C) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The Debtor, Pompano Senior Squadron Flying Club, Inc., as a debtor-in-possession, by and through undersigned counsel and pursuant to Rule 9027(c), Fed.R.Bankr.P. (2022), certifies that copy of the *Notice of Removal* [ECF No. 44] filed with this Court was filed with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, in Case No. CACE 20-005993 (08) on August 25, 2022.

Dated this 25th day of August, 2022.

**LORIUM LAW**
*Counsel for the Debtor-in-Possession*
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ Jason E. Slatkin
    CRAIG A. PUGATCH
    Florida Bar No.: 653381
    capugatch@loriumlaw.com
    JASON E. SLATKIN
    Florida Bar No. 040370
    jslatkin@lorium.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email to Edward F. Holodak, Esq., attorney for Pompano Senior Squadron Flying Club, Inc., edward@holodakpa.com, Steve Barker, Esquire, attorney for Carl Kennedy, 901-A Clint Moore Road, Boca Raton, FL 33487, slb@stephenbarkerlaw.com and via email and U.S. Mail to Carl Kennedy, 2929 S. Ocean Blvd.,#510, Boca Raton, FL 33432, clktax@aol.com on this 25th day of August, 2022.

By: /s/ Jason E. Slatkin
    Jason E. Slatkin