UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-15714-PDR |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., a Florida corporation, | Chapter 11 (Subchapter V) |
|     Debtor. _____/ | |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., a Florida corporation, | Adv Proc. No. 22-01236-PDR |
|     Plaintiff, | |
| v. | |
| CARL KENNEDY, individually, | |
|     Defendant. _____/ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing re Notice of Removal* (ECF No. 3) was served via email to Edward F. Holodak, Esq., attorney for Pompano Senior Squadron Flying Club, Inc., edward@holodakpa.com, Steve Barker, Esquire, attorney for Carl Kennedy, 901-A Clint Moore Road, Boca Raton, FL 33487, slb@stephenbarkerlaw.com and via email and U.S. Mail to Carl Kennedy, 2929 S. Ocean Blvd.,#510, Boca Raton, FL 33432, clktax@aol.com on this 6th day of October, 2022.

**LORIUM LAW**
*Attorneys for Debtor in Possession, Pompano Senior Squadron Flying Club, Inc.*
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ Craig A. Pugatch
      CRAIG A. PUGATCH
      Florida Bar No. 653381
      capugatch@loriumlaw.com