

**ORDERED in the Southern District of Florida on November 5, 2022.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Case No. 22-15714-PDR |
| Pompano Senior Squadron Flying Club, Inc., | |
| | Chapter 11 |
|     Debtor. | |
| _____/ | |
| Pompano Senior Squadron Flying Club, Inc., | |
|     Plaintiff, | |
| v. | Adv. Case No. 22-01236-PDR |
| Carl Kennedy, | |
|     Defendant. | |
| _____/ | |

### ORDER SETTING BRIEFING SCHEDULE ON PERMISSIVE ABSTENTION

This matter came before the Court *sua sponte*. The Court is concerned about the

propriety of exercising jurisdiction over this matter and is considering whether it should abstain from adjudicating the issues in this case. The court may raise permissive abstention *sua sponte* provided that "parties have an opportunity to be heard." *Vernell v. Washington Mutual Bank, F.A. (In re Vernell)*, No. 07–01889, 2008 WL 434718, at *1 (Bkrtcy. S.D. Fla. 2008). Therefore, it is **ORDERED** that:

1. Plaintiff is directed to brief the issue of permissive abstention by November 28, 2022.

2. Defendant may reply to Plaintiff's brief within two weeks of its filing.

3. The parties shall appear before Judge Peter D. Russin on **December 15, 2022, at 1:30 p.m.** at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL  33301. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely via Zoom Video Conference, which permits remote participation by video or telephone. To participate through Zoom, participants must register in advance no later than 3:00 p.m. one business day before the hearing.  To register for remote participation, use the following link: https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

# # #

Copies Furnished To:
All parties in interest.