UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-15714-PDR |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., a Florida corporation, | Chapter 11 (Subchapter V) |
| Debtor. | |
| _____/ | |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., a Florida corporation, | Adv Proc. No. 22-01236-PDR |
| Plaintiff, | |
| v. | |
| CARL KENNEDY, individually, | |
| Defendant. | |
| _____/ | |

## NOTICE OF FILING STATE COURT DOCKET

The Debtor, Pompano Senior Squadron Flying Club, Inc., as a debtor-in-possession, by and through undersigned counsel gives notice of filing of a copy of the docket in the State Court action which has been removed to this Court and thereby commencing the above-captioned adversary proceeding. The docket is attached hereto as Exhibit "1".

Dated this 28th day of November, 2022.    **LORIUM LAW**
*Counsel for the Debtor-in-Possession*
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ *Jason E. Slatkin*
　　CRAIG A. PUGATCH
　　Florida Bar No.: 653381
　　capugatch@loriumlaw.com
　　JASON E. SLATKIN
　　Florida Bar No. 040370
　　jslatkin@lorium.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email through the Court's CM/ECF noticing system on Ronald Scott Kaniuk, Esq., ron@kaniuklawoffice.com on this 28th day of November, 2022.

By: /s/ *Jason E. Slatkin*
　　Jason E. Slatkin