EXHIBIT "1"

## Pompano Senior Squadron Flying Club, Inc. Plaintiff vs. Carl L Kennedy II Defendant

**Broward County Case Number:** CACE20005993
**State Reporting Number:** 062020CA005993AXXXCE
**Court Type:** Civil
**Case Type:** Other
**Incident Date:** N/A
**Filing Date:** 04/07/2020
**Court Location:** Central Courthouse
**Case Status:** Disposed
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 08 Haimes, David A.

## − Party(ies)                                                            Total: 5

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Pompano Senior Squadron Flying Club, Inc.** | | ★ Holodak, Edward F, ESQ. Retained Bar ID: 59234 3326 NE 33RD STREET FOR LAUDERDALE ORT LAUDERDALE, FL 33308 **Status: Active** |
| Defendant | **Kennedy, Carl** Party Removed by Order | | |
| Defendant | **Pompano Senior Squadron Flying Club Inc** Party Disposed | | |
| Plaintiff | **Kennedy, Carl L, II** Party Disposed | | |

| Party Type | Party Name | Address ❓ | Attorneys / Address ❓<br>★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Kennedy II, Carl L** | | ★ Pro Se<br>Retained<br><br>**Status: Active**<br><br>Hausmann, Wendy A<br>Retained<br>Bar ID: 304300<br>20283 State Rd 7<br>Ste #400<br>Boca Raton, FL 33498<br>**Status: Active**<br><br>Taub, Daniel Evan<br>Retained<br>Bar ID: 124538<br>Cole Scott & Kissane<br>222 Lakeview Ave<br>Ste 120<br>West Palm Beach, FL 33401<br>**Status: Active**<br><br>Kalish, Dara Ashley<br>Retained<br>Bar ID: 1018603<br>KALISH & JAGGARS, PLLC<br>2161 Palm Beach Lakes Blvd<br>Suite 309<br>West Palm Beach, FL 33409<br>**Status: Active**<br><br>Kalish, Dara Ashley<br>Retained<br>Bar ID: 1018603<br>KALISH & JAGGARS, PLLC<br>2161 Palm Beach Lakes Blvd<br>Suite 309<br>West Palm Beach, FL 33409<br>**Status: Active** |

## ― Disposition(s)

Total: 1

| Date | Statistical Closure(s) |
|---|---|

| Date | Statistical Closure(s) | | |
|------|------------------------|---|---|
| 08/25/2022 | Disposed by Other | | |

| Date | Disposition(s) | View | Page(s) |
|------|----------------|------|---------|
| 11/23/2020 | **Order Granting Motion to Dismiss**<br>    Comment (Counterclaim )<br>Vol./Book 0 , Page 0, 2 pages<br>Instrument Number 116884769 | 🗎 | 2 |
| 12/03/2021 | **Mandate Affirmed**<br>    Comment (4D21-2222 )<br>Vol./Book 0 , Page 0, 2 pages<br>Instrument Number 117790979 | 🗎 | 2 |
| 08/25/2022 | **Notice of Filing/Notice of Removal to Federal Court**<br>    Comment (/PLTF ) | 🗎 | 24 |

## − Event(s) & Document(s)

Total: 268

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 07/15/2022 | **Report** | | 🗎 | 1 |
| 07/10/2022 | **Notice of Expert Witnesses** | PLAINTIFF'S EXPERT WITNESS LIST | 🗎 | 1 |
| 07/07/2022 | **Notice of Hearing** | | 🗎 | 1 |
| 07/07/2022 | **Response to Motion** | FOR REHEARING CAUSE Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 🗎 | 4 |
| 06/27/2022 | **Motion to Vacate** | AND FOR RE-HEARING AND FOR RECONSIDERATION Party: *Defendant* Kennedy II, Carl L | 🗎 | 29 |
| 06/16/2022 | **Order Denying Motion** | for Attorney's Fees | 🗎 | 2 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 06/15/2022 | **Report of General Magistrate** | On RENEWED MOTION FOR CONTEMPT | 📄 | 1 |
| 06/07/2022 | **Request** | FOR COURT TO TAKE JUDICIAL NOTICE<br>Party: *Defendant* Kennedy II, Carl L | 📄 | 3 |
| 06/07/2022 | **Notice** | OF FILING DOCUMENTS CONCERNING PLAINTIFF'S IMPROPER EX PARTE COMMUNICATION WITH THE COURT<br>Party: *Defendant* Kennedy II, Carl L | 📄 | 5 |
| 05/26/2022 | **Notice of Hearing** | | 📄 | 1 |
| 05/24/2022 | **Notice of Hearing** | | 📄 | 1 |
| 04/16/2022 | **Order Granting Motion to Withdraw** | | 📄 | 2 |
| 04/16/2022 | **Order Denying Motion** | FOR TEMP INJUNCTION TO MAINTAIN STATUS QUO | 📄 | 2 |
| 04/13/2022 | **Motion to Withdraw** | Party: *Defendant* Kennedy II, Carl L | 📄 | 3 |
| 04/13/2022 | **Response to Motion** | PLAINTIFF'S RESPONSE TO DEFENDANT'S EMERGENCY MOTION<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 5 |
| 04/12/2022 | **Emergency Motion** | FOR TEMPORARY INJUNCTION TO MAINTAIN STATUS OUO<br>Party: *Defendant* Kennedy II, Carl L | 📄 | 15 |
| 04/12/2022 | **Notice of Hearing** | | 📄 | 1 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 04/11/2022 | **Motion for Rule to Show Cause** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 8 |
| 04/05/2022 | **Report** | | 📄 | 1 |
| 04/01/2022 | **Reply** | TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR REHEARING1 Party: *Defendant* Kennedy II, Carl L | 📄 | 35 |
| 03/31/2022 | **Notice of Hearing** | | 📄 | 1 |
| 03/24/2022 | **Motion for Attorney Fees** | Party: *Defendant* Kennedy II, Carl L | 📄 | 23 |
| 03/16/2022 | **Response to Motion** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 9 |
| 03/10/2022 | **Motion for Rehearing** | Party: *Defendant* Kennedy II, Carl L | 📄 | 5 |
| 03/07/2022 | **Report** | | 📄 | 1 |
| 02/08/2022 | **Notice of Hearing** | | 📄 | 1 |
| 01/26/2022 | **Motion to Compel** | BETTER RESPONSES TO SECOND REQUEST TO PRODUCE and SANCTION Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 2 |
| 01/10/2022 | **Answer to Complaint** | AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED VERIFIED COMPLAINT Party: *Defendant* Kennedy II, Carl L | 📄 | 6 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 01/06/2022 | **Calendar Call-Order Setting Trial** | CALENDAR CALL: 09-23-2022 | | 7 |
| 12/23/2021 | **Report** | | | 1 |
| 12/22/2021 | **Report** | | | 1 |
| 12/22/2021 | **Motion for Sanctions** | RENEWED<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | | 20 |
| 12/21/2021 | **Order Granting Motion to Amend** | shall have twenty (20) days to file an Answer to Plaintiff Club's Third Amended Complaint | | 2 |
| 12/20/2021 | **Motion to Amend** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | | 12 |
| 12/20/2021 | **Motion for Extension of Time** | TO RESPOND TO PLAINTIFF'S COMPLAINT<br>Party: *Defendant* Kennedy II, Carl L | | 2 |
| 12/10/2021 | **Motion for Contempt** | ATTORNEY'S FEES AND SANCTIONS<br>Party: *Defendant* Kennedy II, Carl L | | 2 |
| 12/10/2021 | **Notice of Hearing** | December 21, 2021 at 9:30 a.m. via Zoom Video Conference on the following matter: | | 1 |
| 12/02/2021 | **Order Upon Rep of General Magistrate/Ratified/Approved** | | | 2 |
| 12/01/2021 | **Order Setting Case Management Conference** | 01-06-2022 9:00 AM | | 2 |
| 12/01/2021 | **Motion for Sanctions** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | | 18 |
| 12/01/2021 | **Second Amended Complaint** | VERIFIED COMPLAINT | | 29 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 11/30/2021 | **Notice of Service** | SUPPLEMENTAL RESPONSE TO DEFENDANT'S SHAREHOLDER REQUEST FOR PRODUCTION<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 🗎 | 1 |
| 11/21/2021 | **Report** | | 🗎 | 2 |
| 11/20/2021 | **Agreed Order** | GRANTING DEFENDANT'S MOTION TO DISMISS COUNTS II, III AND IV, AND GRANTING DEFENDANT'S MOTION TO STR<br>KE | 🗎 | 2 |
| 10/26/2021 | **Notice of Hearing** | | 🗎 | 1 |
| 10/22/2021 | **Motion for Contempt** | Party: *Defendant* Kennedy II, Carl L | 🗎 | 9 |
| 10/22/2021 | **Motion to Strike Claim for Attorneys Fees** | Party: *Defendant* Kennedy II, Carl L | 🗎 | 5 |
| 10/20/2021 | **Motion for Sanctions** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 🗎 | 10 |
| 10/18/2021 | **Response to Request for Admissions** | | 🗎 | 2 |
| 10/14/2021 | **Supplemental Response - Request for Production** | | 🗎 | 1 |
| 10/14/2021 | **Notice of Service of Answers to Interrogatories** | TO THIRD<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 🗎 | 1 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 10/14/2021 | **Notice** | OF SERVING SUPPLEMENTAL RESPONSE TO DEFENDANPS SHAREHOLDER REQUEST FOR PRODUCTION<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | | 1 |
| 10/13/2021 | **Amended Motion to Dismiss** | Party: *Defendant* Kennedy II, Carl L | | 41 |
| 10/11/2021 | **Response to Request for Production** | | | 3 |
| 10/08/2021 | **Motion to Dismiss** | PLAINITFF'S FIRST AMENDED VERIFIED COMPLAINT<br>Party: *Defendant* Kennedy II, Carl L | | 35 |
| 09/29/2021 | **Report** | | | 2 |
| 09/20/2021 | **Order Setting Case Management Conference** | 12-01-2021 9:00 AM | | 2 |
| 09/20/2021 | **Amended Notice of Hearing** | | | 2 |
| 09/18/2021 | **Order Granting Motion to Amend** | | | 2 |
| 09/16/2021 | **Request for Admissions** | | | 3 |
| 09/14/2021 | **Notice of Cancellation** | | | 2 |
| 09/13/2021 | **Motion to Compel** | Better RESPONSES TO SECOND REQUEST TO PRODUCE and SANCTION<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | | 5 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 08/02/2021 | **4th DCA Order** | 4D21-2222/ORDERED that the petition for writ of certiorari is treated as a notice of appeal from the July 9, 2021 nonfinal order disqualifying counsel. Fla. R. App. P. 9.130(a)(3)(E). Appellant shall ile an Initial Brief within fifteen (15) days of this order. Additional briefing shall be as provid d in rule 9.210 | 📄 | 1 |
| 07/29/2021 | **Notice of Hearing** | | 📄 | 2 |
| 07/28/2021 | **Notice of Filing** | | 📄 | 3 |
| 07/27/2021 | **Acknowledgment** | 4D21-2222/Petition for Writ of Certiorari | 📄 | 1 |
| 07/27/2021 | **Notice of Appearance** | AND NOTICE OF DESIGNATING EMAIL ADDRESS Party: *Defendant* Kennedy II, Carl L | 📄 | 2 |
| 07/27/2021 | **Motion to Take Judicial Notice** | Party: *Defendant* Kennedy II, Carl L | 📄 | 1 |
| 07/27/2021 | **Motion for Contempt** | | 📄 | 17 |
| 07/27/2021 | **Motion to Dismiss** | PLAINTIFF'S COMPLAINT Party: *Defendant* Kennedy II, Carl L | 📄 | 18 |
| 07/21/2021 | **Order Setting Case Management Conference** | 09-20-2021 | 📄 | 2 |
| 07/13/2021 | **Notice of Service of Answers to Interrogatories** | | 📄 | 1 |
| 07/12/2021 | **Motion to Amend Complaint** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 30 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 07/09/2021 | **Order of Disqualification** | OF WENDY HAUSMANN ESO. AS DEFENDANT'S COUNSEL | 📄 | 2 |
| 07/07/2021 | **Response to Motion for Judgment** | | 📄 | 3 |
| 07/07/2021 | **Motion for Sanctions** | Party: *Defendant* Kennedy II, Carl L | 📄 | 3 |
| 07/01/2021 | **Non Confidential Notice to Party** | to: Edward F. Holodak | 📄 | 1 |
| 06/28/2021 | **Notice of Withdrawal** | | 📄 | 1 |
| 06/28/2021 | **Order Granting Motion to Strike** | Claim for Attorney's Fees | 📄 | 2 |
| 06/28/2021 | **Motion to Strike** | UNIIATERALLY SET HEARING<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 3 |
| 06/28/2021 | **Subpoena for Deposition Duces Tecum Returned Served** | | 📄 | 2 |
| 06/28/2021 | **Notice of Confidential Information Within Court Filing** | Title/type of document: Plaintiffs Motion to Strike Defendant's Unilaterally set hearing (Florida ba disciplinary proceedings Number #13 Motion to Strike<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 1 |
| 06/25/2021 | **Order Granting Motion** | REGARDING DISCOVERY ISSUES | 📄 | 2 |
| 06/24/2021 | **Response to Motion** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 2 |
| 06/24/2021 | **Motion for Judgment on Pleadings** | Party: *Defendant* Kennedy II, Carl L | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 06/23/2021 | **Notice of Withdrawal** | | 📄 | 1 |
| 06/22/2021 | **Notice of Hearing** | | 📄 | 1 |
| 06/19/2021 | **Notice of Filing** | | 📄 | 2 |
| 06/19/2021 | **Notice of Filing** | | 📄 | 1 |
| 06/17/2021 | **Motion for Protective Order** | Party: *Defendant* Kennedy II, Carl L | 📄 | 2 |
| 06/16/2021 | **Notice of Hearing** | | 📄 | 1 |
| 06/15/2021 | **Notice of Hearing** | | 📄 | 1 |
| 06/10/2021 | **Joint Motion** | TO MODIFY TRIAL ORDER TO EXTEND LENGTH OF TRIAL ONE (1) ADDITIONAL DAY Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 2 |
| 06/08/2021 | **Notice of Hearing** | | 📄 | 1 |
| 06/08/2021 | **Motion to Compel Discovery** | Party: *Defendant* Kennedy II, Carl L | 📄 | 6 |
| 06/08/2021 | **Motion to Strike** | Party: *Defendant* Kennedy II, Carl L | 📄 | 2 |
| 06/07/2021 | **Notice of Hearing** | | 📄 | 1 |
| 06/04/2021 | **Notice of Hearing** | | 📄 | 1 |
| 06/04/2021 | **Motion for Protective Order** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 48 |
| 05/28/2021 | **Subpoena Issued By Attorney** | | 📄 | 45 |
| 05/27/2021 | **Order Denying Motion** | to Vacate | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 05/27/2021 | **Order Granting Motion** | to Appoint Special Master for Discovery and Continuances | 📄 | 2 |
| 05/25/2021 | **Calendar Call-Order Setting Trial** | Calendar call: 02-25-2022 | 📄 | 7 |
| 05/14/2021 | **Re-Notice of Taking Deposition** | | 📄 | 1 |
| 05/14/2021 | **Notice of Court Appearance** | Party: *Defendant* Kennedy II, Carl L | 📄 | 1 |
| 05/13/2021 | **Notice of Hearing** | | 📄 | 1 |
| 05/12/2021 | **Notice of Hearing** | | 📄 | 1 |
| 05/08/2021 | **Notice** | NOTICE OF SERVICE OF THIRD SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED T PLAINTIFF Party: *Plaintiff* Kennedy, Carl L, II *Defendant* Kennedy II, Carl L | 📄 | 1 |
| 05/08/2021 | **Interrogatories** | THIRD SET OF INTERROGATORIES DIRECTED TO PLAINTIFF/COUNTER-DEFENDANT Party: *Defendant* Kennedy II, Carl L *Plaintiff* Kennedy, Carl L, II | 📄 | 2 |
| 05/08/2021 | **Request for Production of Documents** | Party: *Plaintiff* Kennedy, Carl L, II *Defendant* Kennedy II, Carl L | 📄 | 2 |
| 05/08/2021 | **Motion to Compel** | Party: *Defendant* Kennedy II, Carl L *Plaintiff* Kennedy, Carl L, II | 📄 | 3 |
| 04/30/2021 | **Request for Admissions** | | 📄 | 37 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 04/25/2021 | **Notice of Taking Deposition** | | 📄 | 1 |
| 04/25/2021 | **Notice of Taking Deposition** | | 📄 | 1 |
| 04/25/2021 | **Notice of Taking Deposition** | | 📄 | 1 |
| 04/25/2021 | **Notice of Taking Deposition** | | 📄 | 1 |
| 04/25/2021 | **Notice of Taking Deposition** | | 📄 | 1 |
| 04/25/2021 | **Notice of Taking Deposition** | | 📄 | 1 |
| 04/23/2021 | **Notice** | OF SERVICE OF RESPONSES TO SECOND REQUEST FOR PRODUCTION OF DOCUMENTS<br>Party: *Defendant* Kennedy II, Carl L | 📄 | 1 |
| 04/23/2021 | **Response to Request for Production** | Party: *Plaintiff* Kennedy, Carl L, II | 📄 | 2 |
| 04/19/2021 | **Response to Motion** | RESPONSE TO PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO APPOINT SPECIAL MAGISTRATE<br>Party: *Defendant* Kennedy II, Carl L | 📄 | 9 |
| 03/25/2021 | **Motion for Assignment of General Magistrate** | FOR DISCOVERY AND REQUESTS FOR CONTINUANCES AND DELAYS<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 6 |
| 03/23/2021 | **Notice of Unavailability** | | 📄 | 1 |
| 03/19/2021 | **Agreed Order Granting** | Defendant Kennedy's Motion for Extension of Time | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 03/15/2021 | **Motion for Extension of Time** | TO RESPOND TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION<br>Party: *Defendant* Kennedy II, Carl L | 📄 | 1 |
| 03/11/2021 | **Response to Request for Admissions** | | 📄 | 1 |
| 03/07/2021 | **Motion to Compel** | COMPLIANCE WITH AGREEMENT TO PROVIDE DOCUMENTS<br>Party: *Defendant* Kennedy II, Carl L | 📄 | 5 |
| 02/23/2021 | **Notice of Withdrawal** | OF PLAINTIFF/COUNTER-DEFENDANT'S MOTION FOR CONTEMPT AGAINST DEFENDANT/COUNTER-PLAINTIFF<br>Party: *Plaintiff* Kennedy, Carl L, II | 📄 | 1 |
| 02/23/2021 | **Motion to Compel** | SECOND<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 3 |
| 02/11/2021 | **Request to Produce** | | 📄 | 3 |
| 02/09/2021 | **Request for Admissions** | | 📄 | 34 |
| 02/08/2021 | **Motion for Extension of Time** | Party: *Plaintiff* Kennedy, Carl L, II | 📄 | 1 |
| 02/08/2021 | **Response to Request for Admissions** | Party: *Plaintiff* Kennedy, Carl L, II | 📄 | 1 |
| 01/29/2021 | **Motion to Vacate Order** | Party: *Defendant* Kennedy II, Carl L | 📄 | 10 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 01/29/2021 | **Request** | FOR COURT TO TAKE JUDICIAL NOTICE<br>Party: *Plaintiff* Kennedy, Carl L, II | | 1 |
| 01/29/2021 | **Affidavit** | OF STEVEN J. BORER | | 11 |
| 01/19/2021 | **Order Denying Motion** | FOR DEFAULT | | 2 |
| 01/19/2021 | **Order Denying Motion** | TO COMPEL BETTER RESPONSES | | 2 |
| 01/19/2021 | **Order Denying Motion** | FOR CONTEMPT | | 2 |
| 01/14/2021 | **Motion for Contempt** | AGAINST DEFENDANT/COUNTER-PLAINTIFF<br>Party: *Defendant* Pompano Senior Squadron Flying Club Inc | | 3 |
| 01/13/2021 | **Notice of Appearance** | Party: *Defendant* Kennedy II, Carl L | | 1 |
| 01/13/2021 | **Notice of Filing Designation of Emailing Addresses** | Party: *Defendant* Kennedy II, Carl L | | 1 |
| 01/12/2021 | **Notice of Service of Answers to Interrogatories** | | | 1 |
| 01/12/2021 | **Notice of Service of Answers to Interrogatories** | | | 1 |
| 01/11/2021 | **Motion to Dismiss** | AMENDED COUNTER-COMPLAINT<br>Party: *Defendant* Pompano Senior Squadron Flying Club Inc | | 3 |
| 01/07/2021 | **Notice of Service of Interrogs** | | | 1 |
| 01/07/2021 | **Request for Admissions** | | | 2 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 01/07/2021 | **Response to Motion** | Party: *Defendant* Pompano Senior Squadron Flying Club Inc *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 2 |
| 01/06/2021 | **Notice of Hearing** | | 📄 | 1 |
| 12/31/2020 | **Motion for Default** | by the Court against Plaintiff Counter Defendant Pompano Senir Squadron Flying Club Inc<br>Party: *Plaintiff* Kennedy, Carl L, II | 📄 | 1 |
| 12/21/2020 | **Notice** | OF PLAINTIFF'S FALSE CERTIFICATION AND FAILURE TO PROVIDE DOCUMENTS RESPONSIVE TO SECOND REQUEST F R DOCUMENTS<br>Party: *Plaintiff* Kennedy, Carl L, II *Defendant* Kennedy II, Carl L | 📄 | 5 |
| 12/21/2020 | **Response** | TO DEFENDANTS NOTICE OF PLAINTIFF'S FALSE CERTIFICATION<br>Party: *Defendant* Pompano Senior Squadron Flying Club Inc | 📄 | 3 |
| 12/18/2020 | **Response to Request for Production** | | 📄 | 2 |
| 12/16/2020 | **Notice of Hearing** | | 📄 | 1 |
| 12/15/2020 | **Notice of Hearing** | January 5, 2021 @ 8:30am via Zoom | 📄 | 2 |
| 12/15/2020 | **Exhibits** | | 📄 | 1 |
| 12/15/2020 | **Notice of Hearing** | January 5, 2021 @ 8:30am via Zoom | 📄 | 2 |
| 12/15/2020 | **Exhibits** | | 📄 | 1 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 12/14/2020 | **Reply to Affirmative Defenses** | | 📄 | 4 |
| 12/13/2020 | **Notice of Unavailability** | | 📄 | 1 |
| 12/11/2020 | **Motion for Contempt** | TO COMPEL AND FOR SANCTIONS DUE TO PLAINTIFF'S FAILURE TO PROVIDE DISCOVERY RESPONSES<br>Party: *Plaintiff* Kennedy, Carl L, II | 📄 | 2 |
| 12/11/2020 | **Answer to Complaint** | SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT<br>Party: *Plaintiff* Kennedy, Carl L, II | 📄 | 4 |
| 12/10/2020 | **Re-Notice of Taking Deposition** | Wednesday, January 13,2021 @ 10:00 a.m | 📄 | 1 |
| 12/10/2020 | **Subpoena Issued By Attorney** | TO: WENDY HAUSMANN, ESQ | 📄 | 1 |
| 12/07/2020 | **Answer to Interrogs** | | 📄 | 3 |
| 12/07/2020 | **Response to Request for Production** | | 📄 | 4 |
| 12/07/2020 | **Amended Answer & Affirmative Defenses** | TO PLAINTIFF'S COMPLAINT<br>Party: *Defendant* Kennedy II, Carl L | 📄 | 4 |
| 12/07/2020 | **Amended Complaint** | COUNTER-COMPLAINT<br>Party: *Plaintiff* Kennedy, Carl L, II | 📄 | 3 |
| 12/01/2020 | **Order Extending Time** | FOR PL TO RESPOND TO DISCOVERY | 📄 | 2 |
| 11/25/2020 | **Motion for Extension of Time** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 2 |
| 11/23/2020 | **Order Granting Motion to Strike** | | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 11/23/2020 | **Order Compelling Discovery** | | 📄 | 2 |
| 11/23/2020 | **Order Denying Motion** | for Default | 📄 | 2 |
| 11/23/2020 | **Order Granting Motion** | to Correct Scriveners Error | 📄 | 2 |
| 11/23/2020 | **Order Compelling Discovery** | GRANTED | 📄 | 2 |
| 11/23/2020 | **Order Denying Motion** | for Temporary Attorney Fees and Costs | 📄 | 2 |
| 11/11/2020 | **Notice of Taking Deposition** | | 📄 | 1 |
| 11/11/2020 | **Subpoena Issued By Attorney** | | 📄 | 1 |
| 11/05/2020 | **Motion to Compel Answers to Interrogatories** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. *Plaintiff* Kennedy, Carl L, II | 📄 | 3 |
| 11/05/2020 | **Motion to Compel Production** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 5 |
| 11/03/2020 | **eSubpoena Issued** | to Mr. Andrew Bilukha | 📄 | 3 |
| 11/02/2020 | **Notice of Service of Answers to Interrogatories** | | 📄 | 1 |
| 11/02/2020 | **Answer to Interrogs** | | 📄 | 2 |
| 11/02/2020 | **Response to Request for Production** | | 📄 | 4 |
| 10/29/2020 | **Response** | TO DEFENDANT'S SUPPLEMENTAL MOTION TO COMPEL Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 10/29/2020 | **Response to Motion** | FOR TEMPORARY ATTORNEY FEES AND COSTS<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 🗎 | 4 |
| 10/29/2020 | **Objection** | TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 🗎 | 2 |
| 10/27/2020 | **Response to Motion** | Party: *Plaintiff* Kennedy, Carl L, II *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 🗎 | 14 |
| 10/27/2020 | **Motion to Dismiss Counterclaim** | Plaintiff/Counter-Defendant Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 🗎 | 3 |
| 10/27/2020 | **Motion to Strike Defendant's Answer** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 🗎 | 4 |
| 10/27/2020 | **Motion for Default** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. *Plaintiff* Kennedy, Carl L, II | 🗎 | 3 |
| 10/27/2020 | **Notice of Hearing** | Tuesday, November 3,2020 8:45 a.m | 🗎 | 1 |
| 10/26/2020 | **Motion to Take Judicial Notice** | Party: *Defendant* Kennedy, Carl | 🗎 | 1 |
| 10/25/2020 | **Notice of Filing Interrogs** | | 🗎 | 1 |
| 10/25/2020 | **Interrogatories** | | 🗎 | 2 |
| 10/25/2020 | **Request for Production** | | 🗎 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 10/24/2020 | **Motion to Compel** | SUPPLEMENT TO MOTION TO COMPEL PLAINTIFF TO PROVIDE BETTER RESPONSES TO DISCOVERY REOUESTS AND TO CO PEL DOCUMENTS PURSUANT TO SIIAREHOLDER RECORD REOUEST<br>Party: *Plaintiff* Kennedy, Carl L, II | 🗎 | 4 |
| 10/24/2020 | **Notice of Service** | OF EXPERT INTERROGATORIES | 🗎 | 4 |
| 10/24/2020 | **Notice of Unavailability** | The undersigned Carl L. Kennedy, II, files this Notice to advise that he shall be out of the office ommencing November 20,2020 through November 30,2020, and respectfully requests | 🗎 | 1 |
| 10/23/2020 | **Notice of Hearing** | | 🗎 | 1 |
| 10/22/2020 | **Notice of Hearing** | | 🗎 | 1 |
| 10/21/2020 | **Notice of Hearing** | | 🗎 | 1 |
| 10/20/2020 | **Notice of Cancellation** | | 🗎 | 1 |
| 10/19/2020 | **Notice of Withdrawal** | | 🗎 | 1 |
| 10/19/2020 | **Notice of Cancellation** | | 🗎 | 1 |
| 10/16/2020 | **Notice of Withdrawal** | JOINT MOTION TO CORRECT SCRIVENERS ERROR<br>Party: *Plaintiff* Kennedy, Carl L, II *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 🗎 | 1 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 10/16/2020 | **Motion to Correct Scriveners Error** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. *Plaintiff* Kennedy, Carl L, II | | 2 |
| 10/14/2020 | **Motion to Correct Scriveners Error** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | | 2 |
| 10/12/2020 | **Civil Application Indigent Status** | Indigent Party: *Plaintiff* Kennedy, Carl L, II | | 2 |
| 10/12/2020 | **Answer Affirmative Defenses & Counterclaim** | Counter-Plaintiff Party: *Plaintiff* Kennedy, Carl L, II | | 13 |
| 10/12/2020 | **Motion to Compel** | Counter-Plaintiff Party: *Plaintiff* Kennedy, Carl L, II | | 16 |
| 10/08/2020 | **Response to Motion** | AND MOTION FOR SANCTIONS DUE TO PLAINTIFF'S FRIVOLOUS FILING OF MOTION TO COMPEL Party: *Defendant* Kennedy, Carl | | 3 |
| 10/08/2020 | **Notice of Hearing** | October 22,2020 8:45 a.m., via Zoom | | 1 |
| 10/08/2020 | **Motion for Sanctions** | Carl L. Kennedy, II Party: *Defendant* Kennedy, Carl *Plaintiff* Kennedy, Carl | | 15 |
| 10/06/2020 | **Motion** | FOR TEMPORARY ATTORNEY'S FEES AND COSTS Party: *Defendant* Kennedy, Carl | | 7 |
| 10/05/2020 | **Notice of Hearing** | | | 1 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 10/01/2020 | **Motion to Compel Production** | to<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 2 |
| 09/22/2020 | **Notice of Unavailability** | | 📄 | 1 |
| 09/18/2020 | **Notice of Postponement of Deposition DT** | Tuesday, September 22, 2020 at 10:00 | 📄 | 1 |
| 09/12/2020 | **Order Granting Motion to Withdraw** | AS COUNSEL FOR DEFT | 📄 | 2 |
| 09/11/2020 | **Motion to Withdraw** | Party: *Attorney* Hausmann, Wendy A *Attorney* Hausmann, Wendy A *Attorney* Hausmann, Wendy A *Defendant* Kennedy, Carl | 📄 | 1 |
| 09/07/2020 | **Response to Motion** | FOR SANCTIONS<br>Party: *Defendant* Kennedy, Carl | 📄 | 2 |
| 09/02/2020 | **Notice of Service of Answers to Interrogatories** | | 📄 | 1 |
| 09/02/2020 | **Response to Request for Production** | | 📄 | 4 |
| 09/02/2020 | **Order Denying Motion to Dismiss** | | 📄 | 2 |
| 09/01/2020 | **Notice of Court Appearance** | Party: *Defendant* Kennedy, Carl | 📄 | 1 |
| 09/01/2020 | **Notice of Confidential Information Within Court Filing** | | 📄 | 1 |
| 08/31/2020 | **Motion for Sanctions** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 39 |
| 08/29/2020 | **Motion for Sanctions** | Party: *Defendant* Kennedy, Carl | 📄 | 8 |
| 08/28/2020 | **Mediation Report** | | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 08/26/2020 | **Motion for Extension of Time** | Party: *Defendant* Kennedy, Carl | 🗎 | 1 |
| 08/25/2020 | **Re-Notice of Taking Deposition** | | 🗎 | 1 |
| 08/19/2020 | **Motion to Compel** | ALL PROCEEDINGS PENDING PLAINTIFF'S COMPLIANCE WITH PROPER STATUTORY RECORDS REQUEST Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 🗎 | 6 |
| 08/19/2020 | **Notice of Hearing** | September 1, 2020 | 🗎 | 1 |
| 08/18/2020 | **Notice of Hearing** | | 🗎 | 1 |
| 08/18/2020 | **Notice of Taking Deposition** | | 🗎 | 2 |
| 08/13/2020 | **Motion to Dismiss** | Party: *Defendant* Kennedy, Carl | 🗎 | 3 |
| 08/10/2020 | **Notice of Mediation** | | 🗎 | 2 |
| 08/03/2020 | **Interrogatories** | | 🗎 | 3 |
| 08/03/2020 | **Request for Production of Documents** | | 🗎 | 3 |
| 08/03/2020 | **Notice of Filing Interrogs** | | 🗎 | 1 |
| 07/31/2020 | **Notice of Unavailability** | | 🗎 | 1 |
| 07/31/2020 | **Order Granting Motion** | Plaintiffs Motion Regarding Court Ordered Mediation is GRANTED | 🗎 | 2 |
| 07/31/2020 | **Order Denying Motion** | Defendant's Motion to Transfer Venue is DENIED as moot | 🗎 | 1 |
| 07/30/2020 | **Notice of Confidential Information Within Court Filing** | Motion to Disqualify Counsel Banck Check Exh #7 | 🗎 | 1 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 07/28/2020 | **Response to Motion** | TO TRANSFER VENUE Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 4 |
| 07/28/2020 | **Response** | TO PLAINTIFF'S MOTION REGARDING COURT ORDERED MEDIATION Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 7 |
| 07/27/2020 | **Notice of Service of Interrogs** | | 📄 | 5 |
| 07/27/2020 | **Request to Produce** | | 📄 | 4 |
| 07/27/2020 | **Motion for Disqualification** | COUNSEL Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 28 |
| 07/23/2020 | **Motion** | REGARDING COURT ORDERED MEDIATION Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 6 |
| 07/18/2020 | **Notice of Hearing** | | 📄 | 1 |
| 07/16/2020 | **Motion for Change of Venue** | TO PALM BEACH COUNTY | 📄 | 2 |
| 07/14/2020 | **Notice of Limited Appearance** | | 📄 | 1 |
| 07/14/2020 | **Consent** | TO LIMITED APPEARANCE BY ATTORNEY | 📄 | 1 |
| 07/14/2020 | **Notice** | OF TERMINATION OF LIMITED APPEARANCE Party: *Defendant* Kennedy, Carl | 📄 | 1 |
| 07/14/2020 | **Order Extending Time** | FOR DF TO RESPOND | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 07/01/2020 | **Motion for Default** | MOTION FOR JUDICIAL DEFAULT AND MOTION IN OPPOSITION TO SECOND MOTION FOR EXTENSION OF TIME<br>Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 3 |
| 07/01/2020 | **Notice of Hearing** | | 📄 | 1 |
| 07/01/2020 | **Amended Notice of Hearing** | | 📄 | 1 |
| 06/30/2020 | **Motion for Extension of Time** | TO PLAINTIFF'S KNOWING AND INTENTIONAL INTERFERENCE WITH DEFENDANT'S ABILITY TO OBTAIN COUNSEL<br>Party: *Defendant* Kennedy, Carl | 📄 | 1 |
| 06/29/2020 | **Motion for Sanctions** | PURSUANT TO FLORIDA STATUTE 57.105 | 📄 | 8 |
| 06/05/2020 | **Agreed Order Granting** | Defendant Kennedy's Motion for Extension of Time | 📄 | 1 |
| 06/02/2020 | **Notice of Hearing** | | 📄 | 1 |
| 06/01/2020 | **Motion for Extension of Time** | TO OBTAIN COUNSEL<br>Party: *Defendant* Kennedy, Carl | 📄 | 1 |
| 04/07/2020 | **Civil Cover Sheet** | | 📄 | 2 |
| 04/07/2020 | **Complaint (eFiled)** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 6 |
| 04/07/2020 | **eSummons Issuance** | Party: *Plaintiff* Pompano Senior Squadron Flying Club, Inc. | 📄 | 2 |

**▬**   Hearing(s)

Total: 0

**There is no Disposition information available for this case.**

**▬**   Related Case(s)

Total: 0

**There is no related case information available for this case.**