

**ORDERED in the Southern District of Florida on February 8, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                     Chapter 11
FLYING CLUB, INC., a Florida                         (Subchapter V)
corporation,

      Debtor.

_____/

POMPANO SENIOR SQUADRON                     Adv Proc. No. 22-01236-PDR
FLYING CLUB, INC., a Florida
corporation,

      Plaintiff,

v.

CARL KENNEDY, individually,

      Defendant.

_____/

**<u>ORDER DENYING PERMISSIVE ABSTENTION</u>**

This matter came before the Court *sua sponte* and was heard on December 15, 2022 at 1:30pm.  Having reviewed the briefing by Debtor's counsel, having heard the argument of counsel and noting the consent of Defendant's counsel, the Court finds that permissive abstention is not warranted at this posture, and

ORDERS:

1.      The Court's order to show cause as to why permissive abstention is not appropriate is discharged. The Court declines to permissively abstain from this matter at this time without prejudice to the parties or the Court raising permissive abstention.

2.      A status conference shall be held in this adversary proceeding on **February 15, 2023, at 10:00 a.m., the hearing will be conducted at the United States Bankruptcy Court, 299 East Broward Boulevard, Courtroom 301, Fort Lauderdale, FL  33301.**

Although the Court will conduct the hearing in person, the Court has specific guidelines regarding requirements and procedures for appearing remotely, the Courts webpage to register for a remote appearance via Zoom, click on or enter the following web address into a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k.

###

Submitted by:

Lorium Law
Craig A. Pugatch, Esq.
101 NE Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.462.8000
Facsimile: 954.462.4300
Email:  capuagtch@loriumlaw.com

*(Attorney Pugatch shall provide a conformed copy of this Order to all interested parties immediately upon receipt and shall file a Certificate of Service with the Court)*