UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

POMPANO SENIOR SQUADRON                 Case Number 22-15714-PDR
FLYING CLUB, INC.,                      Chapter 11

        DEBTOR
_____/

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,
        Plaintiff,                Adv Case Number 22-01236-PDR

vs.

CARL KENNEDY,
        Defendant.
_____/

## *EX PARTE* ORDER GRANTING AGREED MOTION TO CONTINUE STATUS CONFERENCE

This matter came before the Court upon Defendant, Carl Kennedy's, Agreed Motion to Continue Status Conference (the "Motion"). Having reviewed the Motion and the relief requested therein, and being advised of the agreement of the parties, the Court,

ORDERS,

1. The Motion is **GRANTED**.

2. The Status Conference Hearing shall be held on April 19, 2023, at 10:00 a.m. at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301. Although the Court will conduct the hearing in person, the Courts webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

*** 

Prepared for submission by

**Richard S. Lubliner, Esq.**
Lubliner Law, PLLC
1645 Palm Beach Lakes Blvd., Suite 1200
West Palm Beach, FL 33401.
Telephone: 561-207-2018
Fax: 561-584-7227
rich@lubliner-law.com
sasha@lubliner-law.com


Attorney Lubliner shall service a copy of this order upon all interested parties and file a certificate of service regarding such service.