United States Bankruptcy Court

Southern District of Florida

Pompano Senior Squadron Flying Club, Inc,
    Plaintiff

Kennedy,
    Defendant

Adv. Proc. No. 22-01236-PDR

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 15, 2023 | Form ID: pdf004 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Feb 15 2023 22:39:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Feb 15 2023 22:38:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Feb 15 2023 22:38:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 15 2023 22:38:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Feb 15 2023 22:38:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Feb 15 2023 22:38:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 15 2023 22:38:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 15 2023 22:38:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Feb 15 2023 22:39:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 15 2023 22:38:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 15 2023 22:38:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 15 2023 22:38:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| District/off: 113C-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: pdf004 | Total Noticed: 13 |

| | | | | |
|---|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | | Feb 15 2023 22:39:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig A. Pugatch, Esq | on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com |
| Jason Slatkin, Esq. | on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Richard S Lubliner | on behalf of Defendant Carl Kennedy rich@lubliner-law.com sasha@lubliner-law.com |
| Ronald S Kaniuk, Esq. | on behalf of Defendant Carl Kennedy ron@kaniuklawoffice.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

POMPANO SENIOR SQUADRON          Case Number 22-15714-PDR
FLYING CLUB, INC.,                              Chapter 11

          DEBTOR
_____/

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,
         Plaintiff,                      Adv Case Number 22-01236-PDR

vs.

CARL KENNEDY,
         Defendant.
_____/

## *EX PARTE* ORDER GRANTING AGREED MOTION TO CONTINUE STATUS CONFERENCE

This matter came before the Court upon Defendant, Carl Kennedy's, Agreed Motion to Continue Status Conference (the "Motion"). Having reviewed the Motion and the relief requested therein, and being advised of the agreement of the parties, the Court,

ORDERS,

1. The Motion is **GRANTED**.

2. The Status Conference Hearing shall be held on April 19, 2023, at 10:00 a.m. at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301. Although the Court will conduct the hearing in person, the Courts webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

***

Prepared for submission by

**Richard S. Lubliner, Esq.**
Lubliner Law, PLLC
1645 Palm Beach Lakes Blvd., Suite 1200
West Palm Beach, FL 33401.
Telephone: 561-207-2018
Fax: 561-584-7227
rich@lubliner-law.com
sasha@lubliner-law.com


Attorney Lubliner shall service a copy of this order upon all interested parties and file a certificate of service regarding such service.