

**ORDERED in the Southern District of Florida on April 18, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

| | |
|---|---|
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., | Case Number 22-15714-PDR<br>Chapter 11 |
| DEBTOR _____ / | |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., | |
| Plaintiff, | Adv Case Number 22-01236-PDR |
| vs. | |
| CARL KENNEDY, | |
| Defendant. _____ / | |

### ORDER GRANTING THE JOINT EX-PARTE
### AGREED MOTION TO CONTINUE STATUS CONFERENCE

This matter came before the Court upon the *Joint Ex-Parte Agreed Motion to Continue Status Conference* (the "Motion") [ECF 17]. Having reviewed the Motion and the relief requested therein, and being advised of the agreement of the parties, the Court,

ORDERS,

**1.**     The Motion is **GRANTED.**

2.     The Status Conference Hearing shall be held on Wednesday, June 21, 2023 at 10:00 A.M., at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301. Although the court will conduct the hearing in person, the Courts webpage (https://www.flsb.uscourts.gov/judges /judges-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

###

**Submitted to:**

Craig A. Pugatch, Esq.
LORIUM LAW
Attorneys for Pompano
 Senior Squadron Flying Club, Inc.
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone: 954.462.8000
capugatch@loriumlaw.com

(Attorney Pugatch is directed to serve a copy of this order on all interested parties as listed on the court's mailing matrix and is required to file a certificate of service with the court)