UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                        Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                  Chapter 11
FLYING CLUB, INC.,

    Debtor.
_____/

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

    Plaintiff,                                                        Adv. Case No. 22-01236-PDR

vs.

CARL KENNEDY,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting the Joint Ex-Parte Agreed Motion to Continue Status Conference* [ECF 18], was served via the Court's NextGen CM/ECF on all parties receiving service by this method on this 19th day of April, 2023.

Dated this 19th day of April, 2023.

                                  **LORIUM LAW**
                                  *Attorneys for Pompano Senior Squadron Flying Club, Inc.*
                                  101 NE Third Avenue, Suite 1800
                                  Fort Lauderdale, FL 33301
                                  Telephone:    (954) 462-8000
                                  Facsimile:    (954) 462-4300

                                  By: /s/ Craig A. Pugatch
                                      CRAIG A. PUGATCH
                                      Florida Bar No. 653381
                                      capugatch@loriumlaw.com