UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:  Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON  Chapter 11
FLYING CLUB, INC.,

    Debtor.
_____/

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

    Plaintiff,  Adv. Case No. 22-01236-PDR
vs.

CARL KENNEDY,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Agreed Ex-Parte Order Granting Motion to Continue Status Conference* [ECF 24], was served via the Court's NextGen CM/ECF system on all parties receiving service by this method on the 21st day of June, 2023.

Dated this 22nd day of June, 2023.

    **LORIUM LAW**
    *Attorneys for Pompano Senior Squadron Flying Club, Inc.*
    101 NE Third Avenue, Suite 1800
    Fort Lauderdale, FL 33301
    Telephone:   (954) 462-8000
    Facsimile:   (954) 462-4300

    By: /s/ Craig A. Pugatch
        CRAIG A. PUGATCH
        Florida Bar No. 653381
        capugatch@loriumlaw.com