United States Bankruptcy Court

Southern District of Florida

Pompano Senior Squadron Flying Club, Inc,

    Plaintiff

                                 Adv. Proc. No. 22-01236-PDR

Kennedy,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 21, 2023 | Form ID: pdf004 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jun 21 2023 23:24:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 21 2023 23:24:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jun 21 2023 23:24:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2023 23:24:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Jun 21 2023 23:24:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Jun 21 2023 23:24:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 21 2023 23:24:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 21 2023 23:24:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jun 21 2023 23:24:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 21 2023 23:24:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 21 2023 23:24:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 21 2023 23:24:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

District/off: 113C-0                                    User: admin                                    Page 2 of 2
Date Rcvd: Jun 21, 2023                          Form ID: pdf004                          Total Noticed: 13

ust                          +  Email/Text: ustpregion21.tp.ecf@usdoj.gov

Jun 21 2023 23:24:00    United States Trustee - TPA7/13, Timberlake
Annex, Suite 1200, 501 E Polk Street, Tampa, FL
33602-3949

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2023                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig A. Pugatch, Esq | on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com |
| Jason Slatkin, Esq. | on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Richard S Lubliner | on behalf of Defendant Carl Kennedy rich@lubliner-law.com  carolina@lubliner-law.com |
| Ronald S Kaniuk, Esq. | on behalf of Defendant Carl Kennedy ron@kaniuklawoffice.com |

TOTAL: 4



**ORDERED in the Southern District of Florida on June 20, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                         Chapter 11
FLYING CLUB, INC.,                                           (Subchapter V)

       Debtor.
___ _____/


POMPANO SENIOR SQUADRON                         Adv Proc. No. 22-01236-PDR
FLYING CLUB, INC.,

       Plaintiff,
v.

CARL KENNEDY, individually,

       Defendant.
_____/

**<u>AGREED EX-PARTE ORDER GRANTING</u>**
**<u>MOTION TO CONTINUE STATUS CONFERENCE</u>**

This matter came before the Court without a hearing on the Agreed Ex-Parte Motion to Continue Status Conference (ECF 23).   Having considered the foregoing and being advised of the agreement of the parties to the terms of this order, the Court,

ORDERS,

1.      The Motion to Continue (ECF 23) is GRANTED.

2.      The Court shall conduct a Status Conference on August 24, 2023 at 1:30 p.m. at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301.

3.      Although the Court will conduct the hearing in person, the Court's webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

###

Submitted by:

Craig A. Pugatch, Esq.
Lorium Law
101 NE Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.462.8000
Facsimile: 954.462.4300
Email:  capuagtch@loriumlaw.com

*(Attorney Pugatch shall provide a conformed copy of this Order to all interested parties immediately upon receipt and shall file a Certificate of Service with the Court)*