UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-15714-PDR |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., a Florida corporation, | Chapter 11 (Subchapter V) |
|     Debtor. _____/ | |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., a Florida corporation, | Adv Proc. No. 22-01236-PDR |
|     Plaintiff, | |
| v. | |
| CARL KENNEDY, individually, | |
|     Defendant. _____/ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Amended Notice of Hearing re Status Conference* (ECF No. 27) was served via the Court's CM/ECF system to Ronald S. Kaniuk, Esq. on behalf of Defendant Carl Kennedy, ron@kaniuklawoffice.com and Richard S Lubliner on behalf of Defendant Carl Kennedy, rich@lubliner-law.com, carolina@lubliner-law.com on August 9, 2023.

Dated this 10th day of August, 2023.

        **LORIUM LAW**
        *Attorneys for Pompano Senior Squadron Flying Club, Inc.*
        101 NE Third Avenue, Suite 1800
        Fort Lauderdale, FL 33301
        Telephone: (954) 462-8000
        Facsimile: (954) 462-4300

        By: /s/ Craig A. Pugatch
            CRAIG A. PUGATCH
            Florida Bar No. 653381
            capugatch@loriumlaw.com