

**ORDERED in the Southern District of Florida on November 20, 2023.**



      **Peter D. Russin, Judge**
      **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-15714-PDR |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., a Florida corporation, | Chapter 11 (Subchapter V) |
|     Debtor. | |
| _____/ | |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., a Florida corporation, | Adv Proc. No. 22-01236-PDR |
|     Plaintiff, | |
| v. | |
| CARL KENNEDY, individually, | |
|     Defendant. | |
| _____/ | |

**ORDER DISMISSING CASE AS SETTLED**
**AND DIRECTING CLERK TO CLOSE CASE**

THIS CAUSE, having come before the Court upon being advised the parties have settled

the matter at mediation, it is

  ORDERED that

  1. This adversary case is dismissed as settled.

  2. The Clerk of Court is directed to close this adversary case.

###

Submitted by:
Craig A. Pugatch, Esq.
Attorney for Debtor/Plaintiff
Lorium Law
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
954.462.800
capugatch@loriulaw.com

Attorney Pugatch is directed to serve a copy of this *Order* on all parties entitled to service hereof and to file a certificate of service immediately thereafter.