United States Bankruptcy Court

Southern District of Florida

Pompano Senior Squadron Flying Club, Inc,

    Plaintiff

Adv. Proc. No. 22-01236-PDR

Kennedy,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 21, 2023 | Form ID: pdf005 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Nov 21 2023 23:37:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Nov 21 2023 23:36:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Nov 21 2023 23:36:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 21 2023 23:36:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Nov 21 2023 23:36:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 21 2023 23:36:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Nov 21 2023 23:35:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Nov 21 2023 23:35:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Nov 21 2023 23:37:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Nov 21 2023 23:35:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Nov 21 2023 23:35:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Nov 21 2023 23:35:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| District/off: 113C-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2023 | Form ID: pdf005 | Total Noticed: 13 |

| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | | |
|---|---|---|---|
| | | Nov 21 2023 23:37:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig A. Pugatch, Esq | |
| | on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com |
| Jason Slatkin, Esq. | |
| | on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Richard S Lubliner | |
| | on behalf of Defendant Carl Kennedy rich@lubliner-law.com  carolina@lubliner-law.com |
| Ronald S Kaniuk, Esq. | |
| | on behalf of Defendant Carl Kennedy ron@kaniuklawoffice.com |

TOTAL: 4



**ORDERED in the Southern District of Florida on November 20, 2023.**

Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

www.flsb.uscourts.gov

In re:                                                    Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                    Chapter 11
FLYING CLUB, INC., a Florida                  (Subchapter V)
corporation,

     Debtor.
_____/
POMPANO SENIOR SQUADRON                    Adv Proc. No. 22-01236-PDR
FLYING CLUB, INC., a Florida
corporation,

     Plaintiff,

v.

CARL KENNEDY, individually,

     Defendant.
_____/

**ORDER DISMISSING CASE AS SETTLED
AND DIRECTING CLERK TO CLOSE CASE**

THIS CAUSE, having come before the Court upon being advised the parties have settled

the matter at mediation, it is

ORDERED that

1.  This adversary case is dismissed as settled.

2.  The Clerk of Court is directed to close this adversary case.

### 

Submitted by:
Craig A. Pugatch, Esq.
Attorney for Debtor/Plaintiff
Lorium Law
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
954.462.800
capugatch@loriulaw.com

Attorney Pugatch is directed to serve a copy of this *Order* on all parties entitled to service hereof and to file a certificate of service immediately thereafter.